IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., FISHER-ROSEMOUNT SYSTEMS, INC., and ROSEMOUNT INC., <br><br> Plaintiffs, <br><br> v. <br><br> SIPCO LLC, and <br> IP CO, LLC (d/b/a INTUS IQ) <br><br> Defendants. | Civil Action No. 1:13-cv-02528-AT |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Emerson Electric Co., Fisher-Rosemount Systems, Inc. and Rosemount Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby disclose the following:

1.) The undersigned counsel of record for Plaintiffs certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a party's stock:

**For Plaintiffs:**

1. Emerson Electric Co. – publicly held corporation.

1

2. Fisher-Rosemount Systems, Inc. – an indirect, wholly-owned subsidiary of Emerson Electric Co.

3. Rosemount Inc. – an indirect, wholly-owned subsidiary of Emerson Electric Co.

4. Emerson Electric (U.S.) Holding Corporation – direct parent of Rosemount Inc.

5. EPMCO Holdings, Inc. – direct parent of Fisher-Rosemount Systems, Inc.

**For Defendants:**

1. SIPCO LLC
2. IP CO., LLC

2.) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3.) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiffs in this proceeding:

**For Plaintiffs:**

William V. Custer
Damon J. Whitaker
**BRYAN CAVE LLP**
1201 West Peachtree Street NW, 14th Floor
Atlanta, Georgia  30309

Donald L. Jackson
James D. Berquist
J. Scott Davidson
Gregory A. Krauss
**DAVIDSON BERQUIST JACKSON & GOWDEY LLP**
4300 Wilson Boulevard, Suite 700
Arlington, Virginia  22203

**For Defendants:**

Unknown

Dated:  August 1, 2013

By: **/s/ Damon J. Whitaker**
William V. Custer
Georgia Bar No. 202910
bill.custer@bryancave.com
Damon J. Whitaker
Georgia Bar No. 752722
damon.whitaker@bryancave.com
**BRYAN CAVE, LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia  30309
Tel:  404-572-6828
Fax: 404-420-0828

**-Of Counsel-**
Donald L. Jackson
James D. Berquist
J. Scott Davidson
Gregory A. Krauss
**DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**
4300 Wilson Blvd., Suite 700
Arlington, Virginia 22203
Telephone: (703) 894-6400

        Facsimile: (703) 894-6430
djackson@dbjg.com
jberquist@dbjg.com
sdavidson@dbjg.com
gkrauss@dbjg.com

Attorneys for Plaintiffs
EMERSON ELECTRIC CO., FISHER-ROSEMOUNT SYSTEMS, INC. and ROSEMOUNT, INC.

## Local Rule 7.1(D) Certification of Compliance

    I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

        **/s/Damon J. Whitaker**
        Georgia Bar No. 752722