# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-02528-AT
### Emerson Electric Co. et al v. SIPCO LLC et al
### Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 08/16/2013.

TIME COURT COMMENCED: 3:11 P.M.  COURT REPORTER: Elise Evans
TIME COURT CONCLUDED: 3:18 P.M.  DEPUTY CLERK: Amy McConochie
TIME IN COURT: 00:07
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: William Custer representing Emerson Electric Co.
William Custer representing Fisher-Rosemount Systems, Inc.
William Custer representing Rosemount Inc.
Donald Jackson representing Emerson Electric Co.
Donald Jackson representing Fisher-Rosemount Systems, Inc.
Donald Jackson representing Rosemount Inc.
Gregory Krauss representing Emerson Electric Co.
Gregory Krauss representing Fisher-Rosemount Systems, Inc.
Gregory Krauss representing Rosemount Inc.

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Counsel informed the Court that although the Defendants have not yet been served, there have been settlement discussions.