IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., FISHER-ROSEMOUNT SYSTEMS, INC., and ROSEMOUNT INC., <br><br> Plaintiffs, <br><br> v. <br><br> SIPCO LLC, and <br> IP CO., LLC (d/b/a INTUS IQ) <br><br> Defendants. | Civil Action No. 1:13-cv-02528-AT |

## ORDER

THIS MATTER having come before the Court on Plaintiffs' Unopposed Motion for a Second Extension of Time for Defendants to Respond to the Complaint, the Court having reviewed the materials submitted in support of the motion, and the Court having determined that there is good cause for extending the date for Defendants to respond to the complaint, it is hereby

ORDERED that the date for Defendants to respond to the complaint pursuant to Federal Rule of Civil Procedure 4(d)(3) is extended by 60 days. Defendants must answer or otherwise respond to the complaint by April 27, 2014.

The Clerk of the Court is directed to serve copies of the Order on counsel of record.

DATED this 17th day of February, 2014.

_____
Hon. Amy Totenberg
UNITED STATES DISTRICT JUDGE