IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMERSON ELECTRIC CO., FISHER-ROSEMOUNT SYSTEMS, INC., and ROSEMOUNT INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SIPCO LLC, and<br>IP CO., LLC (d/b/a INTUS IQ)<br><br>        Defendants. | Civil Action No. 1:13-cv-02528-AT<br><br>Declaratory Judgment<br>Patent |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Emerson Electric Co., Fisher-Rosemount Systems, Inc., and Rosemount Inc., hereby dismiss the above-captioned action *without prejudice*. Dismissal under Fed. R. Civ. P. 41(a)(1)(A) is appropriate because neither Defendant SIPCO LLC nor Defendant IP Co., LLC (d/b/a INTUS IQ) has filed an answer or a motion for summary judgment.

Dated: January 29, 2015              **/s/ William v. Custer**
                                     William V. Custer
                                     Georgia Bar No. 202910
                                     bill.custer@bryancave.com

Damon J. Whitaker
Georgia Bar No. 752722
damon.whitaker@bryancave.com
**BRYAN CAVE, LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia  30309
Tel:  404-572-6828
Fax: 404-420-0828

*-Admitted Pro Hac Vice-*
Donald L. Jackson
djackson@dbjg.com
James D. Berquist
jberquist@dbjg.com
J. Scott Davidson
sdavidson@dbjg.com
Gregory A. Krauss
gkrauss@dbjg.com
**DAVIDSON BERQUIST JACKSON & GOWDEY, LLP**
4300 Wilson Blvd., Suite 700
Arlington, Virginia 22203
Telephone: (703) 894-6400
Facsimile: (703) 894-6430

Attorneys for Plaintiffs
EMERSON ELECTRIC CO., FISHER-ROSEMOUNT SYSTEMS, INC. and ROSEMOUNT, INC.

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.

**/s/ William V. Custer**
Georgia Bar No. 202910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Plaintiffs' Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)** was electronically filed using the Court's ECF system and was served on Defendants via U.S. Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| SIPCO LLC | IP CO., LLC |
| c/o Candida Petite, COO | c/o Candida Petite, COO |
| 8215 Roswell Road | 8215 Roswell Road |
| Building 900, Suite 950 | Building 900, Suite 950 |
| Atlanta, Georgia 30350 | Atlanta, Georgia 30350 |

This 29th day of January, 2015.

**/s/ William V. Custer**
Georgia Bar No. 202910
**BRYAN CAVE, LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., N.W.
Atlanta, Georgia  30309
Tel:  404-572-6828
Fax: 404-420-0828

Attorney for Plaintiffs
EMERSON ELECTRIC CO., FISHER-ROSEMOUNT SYSTEMS, INC. and ROSEMOUNT, INC.